Ryan M. Sandrock (SBN 251871)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000

Attorneys For Defendant
Citigroup 401(k) Plan

**Conformed Copy**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJELA RUSH-JACKSON<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP (401) (K), and DOES 1-10<br>Defendant. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

On behalf of Defendant Citigroup 401(k) Plan (the "Plan" or "Defendant") (incorrectly named as Citigroup (401(K)), in the above-captioned matter, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-16, the undersigned certifies that no entities besides Defendant (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: June 12, 2008                             SIDLEY AUSTIN LLP

                                                 By: /s/
                                                 Attorneys For Defendant Citigroup 401(k) Plan

# PROOF OF SERVICE

I declare I am over the age of 18 years, and not a party to this action. My place of employment and business address is Sidley Austin LLP, 555 California Street, Suite 5000, San Francisco, California 94104.

On June 12, 2008, I served copies of the following document(s) entitled:

- **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the following individuals and entities, as addressed below, by the means indicated below:

☒   (BY FEDERAL EXPRESS) I caused the above document(s) to be sent by Federal Express for priority overnight delivery to the addressee(s) shown below. The above-mentioned document(s) would have been deposited with Federal Express with all charges paid.

> William H. Bachrach
> Sivan Butler-Rotholz
> A Professional Corporation
> 1939 Harrison Street, Suite 612
> Oakland, CA 94612
> Telephone: (510) 465-1906
> Facsimile: (510) 465-1932

I declare under penalty of perjury that the above is true and correct. Executed on June 12, 2008.

*Gabriela Rodriguez*
Gabriela Rodriguez

PROOF OF SERVICE