Conformed Copy

1  Ryan M. Sandrock (SBN 251871)
   SIDLEY AUSTIN LLP
2  555 California Street
   San Francisco, California 94104
3  Telephone: (415) 772-1200
   Facsimile: (415) 772-7400
4
   Mark B. Blocker
5  SIDLEY AUSTIN LLP
   1 South Dearborn
6  Chicago, IL 60603
   Telephone: (312) 853-7000
7  Facsimile: (312) 853-7036

8  Attorneys For Defendant

9  Citigroup 401(k) Plan

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12  ANJELA RUSH-JACKSON              ) Case No. CV 08 2931
                                     )
13              Plaintiff,           ) **PROOF OF SERVICE**
                                     )
14       v.                          )
                                     )
15  CITIGROUP (401) (K), and DOES 1-10)
                Defendant.           )
16                                   )
                                     )
17                                   )

PROOF OF SERVICE

|   |   |
|---|---|
| 1 | I declare I am over the age of 18 years, and not a party to this action. My place of employment and business address is Sidley Austin LLP, 555 California Street, Suite 5000, San Francisco, California 94104. |

On June 12, 2008, I served copies of the following document(s) entitled:

1. **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (FEDERAL QUESTION)**

2. **CIVIL CASE COVERSHEET**

3. **PROOF OF SERVICE**

on the following individuals and entities, as addressed below, by the means indicated below:

☒ (BY FEDERAL EXPRESS) I caused the above document(s) to be sent by Federal Express for priority overnight delivery to the addressee(s) shown below. The above-mentioned document(s) would have been deposited with Federal Express with all charges paid.

> William H. Bachrach
> Sivan Butler-Rotholz
> A Professional Corporation
> 1939 Harrison Street, Suite 612
> Oakland, CA 94612
> Telephone: (510) 465-1906
> Facsimile: (510) 465-1932

I declare under penalty of perjury that the above is true and correct. Executed on June 12, 2008.

*Gabriela Rodriguez*

PROOF OF SERVICE