Timothy T. Scott (SBN 126971)
Ryan M. Sandrock (SBN 251871)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys For Defendant
Citigroup 401(k) Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJELA RUSH-JACKSON<br><br>    Plaintiff,<br><br>v.<br><br>CITIGROUP (401) (K), and DOES 1-10<br>    Defendant. | Case No. C 08-02931 SI<br><br>Assigned to: Susan Illston<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL
CASE NO. 08-02931 SI**

SF1 1502690v.1

1  I, Gabriela Rodriguez, certify and declare as follows:

2  I am over the age of 18 years and am not a party to this action. My business
3  address is Sidley Austin LLP, 555 California Street, Suite 2000, San Francisco, California,
4  94104, which is located in the city, county and state where the service described below took
5  place.

6  On June 13, 2008, I caused a copy of defendant Eli Lilly and Company's
7  ("Lilly") Notice to Adverse Party of Removal to Federal Court to be served on plaintiff's
8  counsel by Federal Express delivery at the address shown below:

William H. Bachrach
Sivan Butler-Rotholz
A Professional Corporation
1939 Harrison Street, Suite 612
Oakland, CA 94612
Telephone: (510) 465-1906
Facsimile:    (510) 465-1932

On June 18, 2008, I caused copies of the: 1) Order Setting Initial Case Management Conference and ADR Deadlines; 2) ECF Registration Information Handout; 3) Notice of Assignment of Case to A United States Magistrate Judge For Trial; 4) Judge Illston's Standing Order; (5) Case Management Conference Order; and 6) the Standing Order for All Judges of the Northern District of California re: Contents of Joint Case Management Statement to be served on plaintiff's counsel by hand delivery at the address shown below:

William H. Bachrach
Sivan Butler-Rotholz
A Professional Corporation
1939 Harrison Street, Suite 612
Oakland, CA 94612
Telephone: (510) 465-1906 / Facsimile: (510) 465-1932

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2008, at San Francisco, California.

*Gabriela Rodriguez*
Gabriela Rodriguez

---

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL**
**CASE NO. C 08-02931 SI**

SF1 1502690v.1