# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANJELA RUSH-JACKSON | ) | Case No. 08-02931 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO CONTINUE STATUS** |
| | ) | **CONFERENCE** |
| CITIGROUP 401(k), and DOES 1-10 | ) | |
| Defendant. | ) | |
| | ) | |

The parties stipulate and agree that the status conference currently set for October 21, 2008 shall be continued until 4:00 P.M. on October 28, 2008.

Dated: October 20, 2008         SIDLEY AUSTIN LLP


By:  /s/ Ryan M. Sandrock
RYAN M. SANDROCK
Attorneys For Defendant
CITIGROUP 401(k) Plan

Dated: October 20, 2008         WILLIAM H. BACHRACH


By: /s/Wiliam H. Bachrach

Attorneys For Plaintiff
ANJELA RUSH-JACKSON

I hereby attest that I have on file a holograph signature of William H. Bachrach to the foregoing.

By: /s/Ryan M. Sandrock

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: October ___, 2008
_____
THE HONORABLE SUSAN B. ILLSTON
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE