WILLIAM H. BACHRACH  SBN 038737
SIVAN BUTLER-ROTHOLZ  SBN 248126
A Professional Corporation
1939 Harrison Street, Suite 612
Oakland, CA  94612
Telephone:  (510) 465-1906
FAX:  (510) 465-1932

**File No. 2981**

Attorney for Anjela Rush-Jackson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJELA RUSH-JACKSON )<br>)<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>CITIGROUP 401(K), and DOES 1 through 10, )<br>)<br>    Defendants. )<br>_____ ) | Case No.:  08-02931 SI<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

THE PARTIES HEREBY STIPULATE as follows:

1. The Case Management Conference, currently scheduled to be heard on Tuesday, December 2, 2008 at 4:00 p.m. shall be continued to **Friday, January 30, 2009 at 2:00 p.m.** before the Hon. Susan Illston in Courtroom No. 10, 19th Floor, of the above referenced Court.

2. The purpose of this continuance is to permit both parties to pursue and hopefully complete meaningful settlement negotiations and either accomplish the removal of this case from the Court or at least have something substantive to report in a case management conference concerning this case's prospects for resolution.

///

///

///

///

**1**

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Dated this 1st day of December, 2008

WILLIAM H. BACHRACH, a P.C.         SIDLEY AUSTIN LLP

By: /s/ William H. Bachrach, Esq.     By: /s/ Ryan M. Sandrock, Esq.
WILLIAM H. BACHRACH              RYAN M. SANDROCK, ESQ.
Attorney for Anjela Rush-Jackson      Attorney for Citigroup 401(K)

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED

DATED: _____       _____
                                                   Hon. Susan Illston
                                                   United States District Judge