UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJELA RUSH-JACKSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CITIGROUP 401(k), and DOES 1-10 )<br>Defendant. )<br>_____ ) | Case No. 08-02931 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

The parties have settled the matter and are simply waiting for the settlement agreement to be signed by all parties. Accordingly, the parties stipulate and respectfully request that the status conference currently set for January 30, 2009 shall be continued until February 27, 2009 or a date convenient to the Court.

Dated: January 29, 2009　　　　　　　　SIDLEY AUSTIN LLP


By:　/ s/ Ryan M. Sandrock
　　　RYAN M. SANDROCK
　　　Attorneys For Defendant
　　　CITIGROUP 401(k) Plan

Dated: January 29, 2009　　　　　　　　WILLIAM H. BACHRACH


By:　/s/ William H. Bachrach

　　　Attorneys For Plaintiff
　　　ANJELA RUSH-JACKSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: January ___, 2009
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE SUSAN B. ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge