UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJELA RUSH-JACKSON<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP 401(k), and DOES 1-10<br><br>Defendant. | Case No. 08-02931 SI<br><br>**STIPULATED JUDGMENT** |

Pursuant to the Settlement Agreement attached hereto and in accordance with California Probate Code § 13100 *et seq.*, the Court hereby finds that:

1. Based upon the representations made by Plaintiff Anjela Rush-Jackson ("Plaintiff") in the affidavit attached to her original complaint in this matter, and subsequent investigation by counsel, Plaintiff is the proper recipient of the funds in Louisa A. Rush's 401(k) Plan account (the "Account"). In particular, the court finds that: (a) Ronald L. Rush, Jr., Louisa A. Rush's son, passed away prior to his mother's death; (b) Ronald L. Rush, Sr., was divorced from Louisa A. Rush in 1986, prior to the date Louisa A. Rush began participating in the 401(k) Plan.

Based upon these findings and pursuant to California Probate Code § 13100 *et seq.*, it is hereby ORDERED that:

2. Defendant Citigroup 401(k) Plan shall disburse all funds in the Account to Plaintiff Anjela Rush-Jackson by check made out to "Anjela Rush-Jackson" as set forth in the Settlement Agreement.

3. Defendant Citigroup 401(k) shall also make payment to counsel for Plaintiff of attorneys' fees in the amount of $3,500 as set forth in the Settlement Agreement.

4. Defendant Citigroup 401(k) shall be entitled to the protections set forth in California Probate Code § 13100 *et seq.*, including but not limited to §§ 13106 and 13110.

5. No other party is entitled to any funds in the Account.

**STIPULATED JUDGMENT**

6. By agreement of the parties, this Court reserves jurisdiction over this matter for the purposes of enforcing this Stipulated Judgment and the Settlement Agreement attached hereto.

Dated: February ___, 2009

_____
THE HONORABLE SUSAN B. ILLSTON
United States District Judge

**STIPULATED JUDGMENT**

SF1 1513781v.1