

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANJELA RUSH-JACKSON, | ) | Case No. 08-02931 SI |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO DISMISS ENTIRE ACTION** |
| CITIGROUP 401(k), and DOES 1-10 | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties stipulate, and the Court hereby orders, as follows: That the case of ANGELA RUSH-JACKSON v. CITIGROUP 401(k), and DOES 1-10, Case No. 08-02931 SI before the Hon. Susan B. Illston in the United States District Court, in and for the Northern District of California, is hereby dismissed with prejudice.

Dated: April 8, 2009                             Dated: April 8, 2009

/s/ William H. Bachrach, Esq.                    /s/ Ryan M. Sandrock, Esq.
William H. Bachrach, Esq.                        Ryan M. Sandrock
Attorney for Plaintiff,                          SIDLEY AUSTIN LLP
ANJELA RUSH-JACKSON                              Attorneys for Defendant,
                                                 CITIGROUP 401(k)

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: 4/16/09 _____

THE HONORABLE SUSAN B. ILLSTON
United States District Judge

**STIPULATION TO DISMISS ENTIRE ACTION**